# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

136077 & (71)

JACOB S. STANKE, a Minor, by his Next
Friend, Isabella Bank & Trust, and ISABELLA
BANK AND TRUST, as Trustee of the Jacob S.
Stanke Trust,

      Plaintiffs-Appellants,
      Cross-Appellees,

v

LINDA J. STANKE,
      Defendant,
and

VARNUM, RIDDERING, SCHMIDT &
HOWLETT, L.L.P.,
      Defendant-Appellee,
      Cross-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136077
COA: 263446
Isabella CC: 04-003305-NM

      On order of the Court, the application for leave to appeal the January 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008

                Clerk

1008